COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
|  | § | No. 08-09-00164-CR |
| IN RE: GEORGE BUSTOS, | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. | § | IN MANDAMUS |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator has filed a *pro se* petition for writ of mandamus requesting this Court compel the Hon. Mary Ann Bramblett, Judge of the 41st Judicial District Court, of El Paso County, to grant his motion for judgment nunc pro tunc, seeking "constructive detention credit."

Relief by writ of mandamus will only granted in extraordinary circumstances where the Relator is able to establish the trial court has clearly abused its discretion, and no adequate remedy at law exists. *See State ex. rel Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, mandamus relief is denied. *See* TEX.R.APP.P. 58.2(a).

July 8, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)